LUCIEN VAN ZANARY, Respondent, v. NATHAN DIAMOND, Appellant.— Action for slander. Order denying defendant's motion, under rule 103, Rules of Civil Practice, to strike out paragraphs 14 and 15 of the complaint, reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs; plaintiff to serve a new complaint omitting those paragraphs within ten days after the entry of the order hereon. Leave is granted to plaintiff to plead anew within such ten days if he be so advised. The complaint does not allege facts which show that the defendant procured the newspaper items to be published or that he performed some other act which induced their publication; and the irrelevant allegations, if allowed to remain in the complaint, may become prejudicial to defendant at the trial. (*Schoepflin* v. *Coffey*, 162 N. Y. 12.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

EVERETT WADDEY, JR., Respondent, v. HENRY H. SHEPARD, Appellant.— Order denying motion of defendant to change place of trial of an action from Kings county to Nassau county, and granting cross-motion of plaintiff to retain the place of trial in Kings county, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

PHILIP WOLFSON and JOSEPH H. SAND, Constituting the Firm of WOLFSON & SAND, Respondents, v. JOHN TONNESSEN and SADIE WEIS, Individually and as Guardians of the Person and Property of DOROTHY T. SAGE, a Lunatic, Appellants.— Action to recover attorneys' fees. Orders denying motions of the respective appellants to set aside the service of summons and to dismiss plaintiffs' complaint affirmed, with one bill of ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.